UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 19-cv-81566-RS

HOWARD COHAN,

    Plaintiff,

vs.

STEWART AGENCY, INC.,
d/b/a EARL STEWART TOYOTA OF NORTH
PALM BEACH,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, STEWART AGENCY, INC. d/b/a EARL STEWART TOYOTA OF NORTH PALM BEACH ("Defendant"), by and through their respective undersigned counsels, hereby stipulate that this case be dismissed **with Prejudice**, with each party to bear his/its own fees, costs, and disbursements. Plaintiff and Defendant respectfully request that this Court enter an Order of Dismissal **with Prejudice**.

Dated: _____1/6/2020_____

| BY: /s/ Jason S. Weiss | BY: /s/ Gary M. Dunkel |
|---|---|
| Jason S. Weiss | Gary M. Dunkel, Esquire |
| Jason@jswlawyer.com | Gdunkel@foxrothschild.com |
| Florida Bar No. 356890 | Florida Bar No. 350354 |
| **WEISS LAW GROUP, P.A.** | **FOX ROTHSCHILD LLP** |
| 5531 N. University Drive, Suite 103 | 777 South Flagler Drive |
| Coral Springs, FL 33067 | Suite 1700 West Tower |
| Tel: (954) 573-2800 | West Palm Beach, Florida 33401 |
| Fax: (954) 573-2798 | Tel: 561-835-9600 |
| *Attorneys for Plaintiff* | Fax: 561-835-9602 |
| | *Attorneys for Defendant* |