UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19- 81566-CIV-SMITH

HOWARD COHAN,

      Plaintiff,

v.

STEWART AGENCY, INC.,

      Defendant.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 6]. It is

**ORDERED** that

1. This case is **DISMISSED WITH PREJUDICE**.

2. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of January 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record